USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1420 UNITED STATES, Appellee, v. JULIAN G. BENOIT, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Nathaniel M. Gorton, U.S. District Judge] ___________________ ____________________ Before Boudin, Stahl and Lynch, Circuit Judges. ______________ ____________________ Martin D. Boudreau on brief for appellant. __________________ Donald K. Stern, United States Attorney, and Donald L. Cabell, ________________ _________________ Assistant United States Attorney, on brief for appellee. ____________________ Jaanuary 22, 1998 ____________________ Per Curiam. Upon careful review of the briefs and __________ record, we conclude that we do not have jurisdiction to review the district court's denial of a downward departure. As we read the district court's comments, and contrary to defendant's reading, the district court assumed its authority to depart, arguendo, and expressly exercised its discretion ________ not to depart based on the specific facts of this case. No mistake of law is evident from those comments. Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -2-